# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAN E. MOLDEA**, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL OVITZ**, <br><br> Defendant. | Case No. 18-cv-00560 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [3] Defendant's Motion to Dismiss is DENIED.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: February 6, 2019