IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN E. MOLDEA<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL OVITZ<br><br>　　　　　　Defendant. | Case No.: 1:18-cv-00560 |

### JOINT MOTION TO SET DEPOSITION OF DEFENDANT MICHAEL OVITZ OUTSIDE OF FACT DISCOVERY PERIOD

Pursuant to the Court's Scheduling Order, Federal Rule of Civil Procedure 16(b)(4), and LCvR 16.4, Plaintiff Dan Moldea ("Plaintiff") and Defendant Michael Ovitz ("Defendant") jointly move this Court for an order allowing the deposition of Defendant to proceed on November 4, 2019, one week after the current Fact Discovery Deadline of October 28, 2019. The Parties do not anticipate this having any impact on the Post-Discovery Hearing set for November 18, 2019, at 10:00 a.m.

The Court's Scheduling Order states that parties may not extend deadlines by stipulation, but must seek extensions by motion.  (*See* Dkt. 16.)  Thus, the parties bring this joint motion for an order allowing the deposition of Defendant to proceed on November 4, 2019.  Federal Rule of Civil Procedure 16(b)(4) and LCvR 16.4 provide that a court may modify the scheduling order upon a showing of good cause.

The parties agree and submit that good cause exists to proceed with Defendant's deposition on November 4, 2019, one week after the current Fact Discovery Deadline based on the following:

1355537.1

1.       The current Fact Discovery Deadline is October 28, 2019.  (*See* September 19, 2019 Minute Order).

2.       The parties have met and conferred but have been unable to identify a date within the current fact discovery period on which Defendant, Defendant's counsel, and Plaintiff's counsel are all available for Defendant's deposition.

3.       Consequently, due to these scheduling difficulties, Plaintiff and Defendant jointly request that Defendant's deposition be allowed to proceed on November 4, 2019, one week after the current Fact Discovery Deadline.  The parties do not anticipate this will have any impact on the Post Discovery Status Conference or any other remaining dates or deadlines in this matter.

Dated:  October 15, 2019

     */s/ Susan G. Eisner*
Roger C. Simmons
Susan G. Eisner, Of Counsel (*Pro Hac Vice*)
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, Maryland  21702
(301) 662-9122
seisner@gordonsimmons.com
Counsel for Plaintiff, Dan E. Moldea

     */s/ Ira Bibbero*
Eric M. George
Carl A. Roth (*Pro Hac Vice*)
Ira Bibbero (*Pro Hac Vice*)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 274-7100
egeorge@bgrfirm.com
Counsel for Defendant, Michael Ovitz

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2019, I caused to be served a copy of the foregoing JOINT MOTION TO SET DEPOSITION OF DEFENDANT MICHAEL OVITZ OUTSIDE OF FACT DISCOVERY PERIOD via the Court's electronic system to:

Roger C. Simmons, Esq.
Susan G. Eisner, Esq. (pro hac vice)
Gordon & Simmons, LLC
1050 Key Parkway
Suite 101
Frederick, Maryland 21702
(301) 662-9122

           */s/ Ira Bibbero*
           Ira Bibbero