## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN E. MOLDEA | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 18-cv-00560(CRC) |
| MICHAEL OVITZ | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Dan E. Moldea ("Moldea") and Defendant Michael Ovitz ("Ovitz"), by their undersigned counsel, stipulate as follows:

1. Plaintiff Moldea dismisses with prejudice all claims against Defendant Ovitz; and

2. The parties further stipulate that each shall bear his own costs and attorneys' fees.

Respectfully Submitted

*/s/ Roger C. Simmons*

Roger C. Simmons
Susan G. Eisner, Of Counsel (*Pro Hac Vice*)
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, Maryland 21702
(301) 662-9122
seisner@gordonsimmons.com
Counsel for Plaintiff, Dan E. Moldea

*/s/ Eric M. George*

Eric M. George
Carl A. Roth (*Pro Hac Vice*)
Ira Bibbero (*Pro Hac Vice*)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 274-7100
egeorge@bgrfirm.com
Counsel for Defendant, Michael Ovitz

Dated: October 30, 2019

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2019, I caused to be served a copy of the foregoing via the Court's electronic system to:

Eric M. George
Carl A. Roth (*Pro Hac Vice*)
Ira Bibbero (*Pro Hac Vice*)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 274-7100
egeorge@bgrfirm.com
Counsel for Defendant, Michael Ovitz

_____
Susan G. Eisner